FILED
2025 JAN -6 P 12: 59
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 243 (Rev. 09/17)

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Lonnie Dean Hewlett | Docket or Case No.: 5:22-cr-350-LCB-HNJ |
| Place of Confinement: Yazoo City USP | Prisoner No.: 25529510 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) v. Lonnie Dean Hewlett |

**MOTION**     5:25-CV-8001-LCB

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   Northern District of Alabama
   660 gallatin st sw Huntsville AL 35401
   (b) Criminal docket or case number (if you know): 5:22-cr-350-LCB-HNJ

2. (a) Date of the judgment of conviction (if you know): _____
   (b) Date of sentencing: 1-12-2024

3. Length of sentence: 145 months

4. Nature of crime (all counts):

   841, 922g, 924c

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐     (2) Guilty ☒     (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

Page 2 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:



   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____

       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised:



10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☒    No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: Northern District of Alabama
        (2) Docket or case number (if you know): 5:22-cr-350-LCB-HNJ
        (3) Date of filing (if you know): N/A

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

AO 243 (Rev. 09/17)

(4) Nature of the proceeding: Sentence computation, compassionate release
(5) Grounds raised:
My grand mother was sick in I was gone be her care giver but she passed

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐    No ☒
(7) Result: _____
(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
(1) Name of court: N/A
(2) Docket of case number (if you know): _____
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: _____
(5) Grounds raised:



(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐    No ☐
(7) Result: _____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
(1) First petition:    Yes ☐    No ☒
(2) Second petition:   Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

Page 4 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: __Miscaculation of criminal history points__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was pointed for seperate points for sentences that I had been sentenced on the same day for witch lead me to being sentenced in the wrong category

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:

My Lawyer got me to sign a plea agreement waireing my direct appeal

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☒

Page 5 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Waived rights to direct appeal accept for 2255

GROUND TWO: Ineffective assistance of concil

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
My Lawyer was ineffective he rushed me into signing a plea agreement and did not file for any evidentiary hearing or any motion I asked for him to file on my behalf and told me to sign the plea agreement or go to trial in Loose

(b) Direct Appeal of Ground Two:
(1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐    No ☒

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

AO 243 (Rev. 09/17)

    (2) If you did not raise this issue in your direct appeal, explain why:

rights were waived for direct appeal

(c) Post-Conviction Proceedings:
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐   No ☒
    (2) If you answer to Question (c)(1) is "Yes," state:
    Type of motion or petition: _____
    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know): _____
    Date of the court's decision: _____
    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐   No ☒
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐   No ☒
    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐   No ☒
    (6) If your answer to Question (c)(4) is "Yes," state:
    Name and location of the court where the appeal was filed:

    Docket or case number (if you know): _____
    Date of the court's decision: _____
    Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: waived rights

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

AO 243 (Rev. 09/17)

**GROUND THREE:** I did not recieved credit for my discharged term of Imprisonment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I served 20 months on a state case that was relevant conduct to my federal case and did not get my cases ran concurrent nor did I get a departure for the previous time served

---

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐   No ☒

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

---

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐   No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐   No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐   No ☒

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

rights of direct appeal was waived part of plea

GROUND FOUR: I was also pointed for a misdeminor thats not against the law in Alabama no more

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was pointed for carrying a pistol with out permit that I caught in 2011 in 2018 Alabama law changed to were you no longer have to have a permit so when I was sentenced in 2024 I was pointed for a now none exsistance law

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Page 9 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

AO 243 (Rev. 09/17)

Type of motion or petition: _____
Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐  No ☒
(4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐  No ☒
(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
  Yes ☐  No ☒
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

rights were waived part of plea

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

also the lack of evidence to issue the search warrant for this case and I tried to present them but my lawyer refused to argue it

Page 10 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At the preliminary hearing:

    (b) At the arraignment and plea:
    Kevin Butler

    (c) At the trial:

    (d) At sentencing:
    Bruce Gardner

    (e) On appeal:

    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:   N/A
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

Page 11 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

AO 243 (Rev. 09/17)

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

For the record Ive filed a motion asking the Courts to appoint me representation for this 2255 motion because I do not know how to prepare it properly and recieved no response from the court after my family has called several times letting the court know my one year is almost up and I only filed this motion in prose to not over lap my one year time frame

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

I ask the court to depart downwards of the 20 months I served and also to be resentenced in the rite category

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on January first 2025
(month, date, year)

Executed (signed) on 01-02-2025 (date)

*Lonnie Deon Plunket*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25529510

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

onnie Hewlett 25SC4878
Federal correction complex USP
PO Box 5000
Yazoo city ms, 39194



FILED
2025 JAN -6 P 3:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

Clerk of courts
Federal court house
660 gallatin St SW
Huntsville AL, 35810



JAN 06 2013
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA